UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO J. IBANEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　Respondent. | NO. ED CV 19-2280-DOC(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _March 4_, 2020.

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE